PROB 35

**ORDER TERMINATING PROBATION
PRIOR TO EXPIRATION DATE**

---

**UNITED STATES DISTRICT COURT
FOR THE
EASTERN DISTRICT OF CALIFORNIA**

**UNITED STATES OF AMERICA** )
)
        vs. ) **Docket Number: 2:03CR000393-01**
)
**GREGORY ALLEN QUERIO** )
)

On February 21, 2006, the above-named was placed on probation for a period of 3 years. Mr. Querio has complied with the rules and regulations of supervision. It is accordingly recommended that he be discharged from supervision.


Respectfully submitted,

/s/ Jeffrey C. Oestreicher

**JEFFREY C. OESTREICHER
United States Probation Officer**

Dated:    May 19, 2008
             Redding, California


/s/ Richard A. Ertola

**REVIEWED BY:** _____

        **RICHARD A. ERTOLA
        Supervising United States Probation Officer**

Re:   **QUERIO, GREGORY ALLEN**
     **Docket Number:  2:03CR00393-01**
     **ORDER TERMINATING PROBATION**
     **PRIOR TO EXPIRATION DATE**

---

## ORDER OF COURT

It is ordered that the probationer, Gregory Allen Querio, be discharged from probation, and that the proceedings in the case be terminated.

June 4, 2008
**Date**

**HON. FRANK C. DAMRELL, JR.**
**United States District Judge**

Attachment:   Recommendation
cc:   United States Attorney's Office
     FLU Unit, AUSA's Office
     Fiscal Clerk, Clerk's Office